# Exhibit 6

# U.S. Patent No. 8,401,028 ("'028 Patent")

## Accused Instrumentalities

Google's Accused Instrumentalities includes without limitation the servers, relays, computers, nodes, and other infrastructure used to operate Google Cloud Platform including Andromeda, and all versions and variations thereof since the issuance of the asserted patent.

The Accused Instrumentalities infringe the claims in substantially the same way, and the evidence shown in this chart is similarly applicable to each Accused Instrumentality. Each claim limitation is literally infringed by each Accused Instrumentality. However, to the extent any claim limitation is not met literally, it is nonetheless met under the doctrine of equivalents because the differences between the claim limitation and each Accused Instrumentality would be insubstantial, and each Accused Instrumentality performs substantially the same function, in substantially the same way, to achieve the same result as the claimed invention. Notably, at this time, it is unclear which, if any, particular claim limitations Defendant may contend are not met by the Accused Instrumentality.

**Claim 1**

| Claim 1 | Accused Products |
| --- | --- |
| 1. A method for selecting an edge node from a plurality of edge nodes in a fixed access communications network, the method comprising: | To the extent the preamble is limiting, Google performs a method for selecting an edge node from a plurality of edge nodes in a fixed access communications network<br><br>For example, Google Could Platform load balancing relies on Andromeda for managing traffic within a VPC network. Andromeda's core function is to select appropriate edge nodes (e.g. selecting an edge node from a plurality of edge nodes in a fixed access communication network).<br><br>*See e.g.* https://www.usenix.org/system/files/conference/nsdi18/nsdi18-dalton.pdf; |

| Claim 1 | Accused Products |
| --- | --- |
| | **2.2 Design Overview**<br><br>Our general design approach centers around hierarchical data and control planes. The control plane is designed around a global hierarchy coupled with the overall Cloud cluster management layer. For example, configuring Andromeda is only one step among many in configuring compute, storage, access control, etc. For isolation, we run separate control stacks in every *cluster*. A cluster is a collection of colocated machines with uniform network connectivity that share the same hardware failure domain. The Andromeda control plane maintains information about where every VM in the network currently runs, and all higher-level product and infrastructure state such as firewalls, load balancers, and routing policy. The control plane installs selected subsets of this state in individual servers through a hierarchy of controllers.<br><br>https://www.usenix.org/conference/nsdi18/presentation/dalton; |

| Claim 1 | Accused Products |
| --- | --- |
| |  <br>https://cloud.google.com/blog/products/gcp/enter-andromeda-zone-google-cloud-platforms-latest-networking-stack; |

| Claim 1 | Accused Products |
|---|---|
| | Andromeda is a Software Defined Networking (SDN)-based substrate for our network virtualization efforts. It is the orchestration point for provisioning, configuring, and managing virtual networks and in-network packet processing. The figure below from my presentation shows Andromeda's high-level architecture:<br><br><br>https://docs.cloud.google.com/load-balancing/docs/load-balancing-overview; |

| Claim 1 | Accused Products |
|---|---|
| | Internal Application Load Balancers are built on the Andromeda network virtualization stack and the open source Envoy proxy. This load balancer provides internal proxy-based load balancing of Layer 7 application data. The load balancer uses an internal IP address that is accessible only to clients in the same VPC network or clients connected to your VPC network. Note the following:<br><br>• Internal passthrough Network Load Balancers are built on the Andromeda network virtualization stack. An internal passthrough Network Load Balancer lets you to load balance TCP/UDP traffic behind an internal load-balancing IP address that is accessible only to systems in the same VPC network or systems connected to your VPC network. This load balancer can only be configured in Premium Tier. |
| [1a] at a selection node, receiving from a host entity a request for a network service; | Google, at a selection node, receives from a host entity a request for a network service.<br><br>For example, Andromeda's control plane acts as the central decision-making point, receiving requests from VM instances toa specific network service, such as another VM, internal load balancer, or an internal Google Cloud Platform service and then choosing the appropriate edge node to handle them. (e.g. at a selection node, receiving from a host entity a request for a network service.)<br><br>*See e.g.* https://docs.cloud.google.com/load-balancing/docs/l7-internal;<br><br>A Google Cloud internal Application Load Balancer is a proxy-based Layer 7 load balancer that enables you to run and scale your services behind a single internal IP address. The internal Application Load Balancer distributes HTTP and HTTPS traffic to backends hosted on a variety of Google Cloud platforms such as Compute Engine, Google Kubernetes Engine (GKE), and Cloud Run. For details, see Use cases.<br><br>https://docs.cloud.google.com/load-balancing/docs/load-balancing-overview; |

| Claim 1 | Accused Products |
|---|---|
| | <br><br>*Cloud Load Balancing overview (click to enlarge).*<br>https://www.usenix.org/conference/nsdi18/presentation/dalton; |

| Claim 1 | Accused Products |
|---|---|
| |   |
| [1b] obtaining, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes; | Zoom obtains, from a dynamically updated database, data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes.<br><br>For example, Google Cloud Platform's load balancing system uses a dynamically updated database, such as a distributed, in-memory data store, to react instantaneously to network changes. (e.g. obtaining from a dynamically updated database). Various data points are used by the Andromeda control plane to make routing decisions, covering edge node location, routing information, load, network conditions, capacity, security configurations, and available services. (e.g. data comprising information relating to the status and capabilities of each edge node of the plurality of edge nodes.)<br><br>*See e.g.* https://docs.cloud.google.com/load-balancing/docs/l7-internal; |

| Claim 1 | Accused Products |
|---|---|
| | Health checks<br><br>Each backend service specifies a health check that periodically monitors the backends' readiness to receive a connection from the load balancer. This reduces the risk that requests might be sent to backends that can't service the request. Health checks don't check whether the application itself is working.<br><br>https://docs.cloud.google.com/load-balancing/docs/load-balancing-overview;<br><br>Cloud Load Balancing offers the following load balancer features:<br><br>• **Single anycast IP address.** With Cloud Load Balancing, a single anycast IP address is the frontend for all of your backend instances in regions around the world. It provides cross-region load balancing, including automatic multi-region failover, which moves traffic to failover backends if your primary backends become unhealthy. Cloud Load Balancing reacts instantaneously to changes in users, traffic, network, backend health, and other related conditions.<br><br>https://docs.cloud.google.com/load-balancing/docs/application-load-balancer;<br><br>The load balancer distributes traffic to backends hosted on Google Cloud, on-premises, or in other cloud environments. Internal Application Load Balancers also support the following features:<br><br>• **Locality policies.** Within a backend instance group or network endpoint group, you can configure how requests are distributed to member instances or endpoints. For details, see Traffic management.<br><br>https://docs.cloud.google.com/load-balancing/docs/backend-service;<br><br>A backend service defines how Cloud Load Balancing distributes traffic. The backend service configuration contains a set of values, such as the protocol used to connect to backends, various distribution and session settings, health checks, and timeouts. These settings provide fine-grained control over how your load balancer behaves. To get you started, most of the settings have default values that allow for fast configuration. A backend service is either global or regional in scope.<br><br>https://www.usenix.org/system/files/conference/nsdi18/nsdi18-dalton.pdf; |

<table>
<tr><th>Claim 1</th><th>Accused Products</th></tr>
<tr><td></td><td>

**2.2 Design Overview**

Our general design approach centers around hierarchical data and control planes. The control plane is designed around a global hierarchy coupled with the overall Cloud cluster management layer. For example, configuring Andromeda is only one step among many in configuring compute, storage, access control, etc. For isolation, we run separate control stacks in every *cluster*. A cluster is a collection of colocated machines with uniform network connectivity that share the same hardware failure domain. The Andromeda control plane maintains information about where every VM in the network currently runs, and all higher-level product and infrastructure state such as firewalls, load balancers, and routing policy. The control plane installs selected subsets of this state in individual servers through a hierarchy of controllers.

</td></tr>
<tr><td>[1c] on the basis of the retrieved data, selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service; and</td><td>Google on the basis of the retrieved data, selects an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service<br><br>For example, the ILB selects edge nodes for traffic management dynamically based on real-time or near real-time data. The Andromeda control plane uses factors like network proximity, load, and available services to route traffic. (e.g. on the basis of retrieved data) Andromeda's control plane, working with ILB analyzes the retrieved data and dynamically selects an edge node that can best handle the request for the VM, establishing the communication path. (e.g. selecting an edge node from the plurality of edge nodes, the selected edge node providing a path between the host entity and the requested network service.)</td></tr>
</table>

| Claim 1 | Accused Products |
|---|---|
| | *See e.g.* https://docs.cloud.google.com/load-balancing/docs/l7-internal#regional;<br>**Regional internal Application Load Balancer**<br>This diagram shows the components of a regional internal Application Load Balancer deployment in Premium Tier.<br><br><br>*Regional internal Application Load Balancer components (click to enlarge).*<br>https://docs.cloud.google.com/load-balancing/docs/backend-service;<br>Load balancers, Envoy proxies, and proxyless gRPC clients use the configuration information in the backend service resource to do the following:<br>• Direct traffic to the correct *backends*, which are instance groups or network endpoint groups (NEGs).<br>• Distribute traffic according to a *balancing mode*, which is a setting for each backend. |

| Claim 1 | Accused Products |
|---|---|
| | By default, all Google Cloud load balancers select backends by using a five-tuple hash ( `--session-affinity=NONE` ), as follows:<br>• Packet's source IP address<br>• Packet's source port (if present in the packet's header)<br>• Packet's destination IP address<br>• Packet's destination port (if present in the packet's header)<br>• Packet's protocol |
| [1d] sending a response to the host entity, the response including information identifying the selected edge node. | Google sends a response to the host entity, the response including information identifying the selected edge node.<br><br>For example, after the backend service processes the request, the response is sent back to the requesting VM. (e.g. sending a response to the host entity). When session affinity is enabled for the ILB, Andromeda tracks and provides information about the selected edge node and the specific backend server handling the session. The response includes information identifying the edge node to support sticky sessions. (e.g. the response including information identifying the selected edge node.)<br><br>*See e.g.* https://docs.cloud.google.com/load-balancing/docs/backend-service; |

| Claim 1 | Accused Products |
|---|---|
| | **Session affinity**<br><br>*Session affinity* lets you control how the load balancer selects backends for new connections in a predictable way as long as the number of healthy backends remains constant. This is useful for applications that need multiple requests from a given user to be directed to the same backend or endpoint. Such applications usually include stateful servers used by ads serving, games, or services with heavy internal caching.<br><br>Google Cloud load balancers provide session affinity on a best-effort basis. Factors such as changing backend health check states, adding or removing backends, changes in backend weights (including enabling or disabling weighted balancing), or changes to backend fullness, as measured by the balancing mode, can break session affinity.<br><br>Load balancing with session affinity works well when there is a *reasonably large* distribution of unique connections. Reasonably large means at least several times the number of backends. Testing a load balancer with a small number of connections won't result in an accurate representation of the distribution of client connections among backends.<br><br>By default, all Google Cloud load balancers select backends by using a five-tuple hash ( `--session-affinity=NONE` ), as follows:<br><br>• Packet's source IP address<br>• Packet's source port (if present in the packet's header)<br>• Packet's destination IP address<br>• Packet's destination port (if present in the packet's header)<br>• Packet's protocol<br><br>https://docs.cloud.google.com/load-balancing/docs/l7-internal; |

<table>
<tr><th>Claim 1</th><th>Accused Products</th></tr>
<tr><td></td><td>
Table: Supported session affinity settings

| Product | Session affinity options |
| --- | --- |
| • Cross-region internal Application Load Balancer<br>• Regional internal Application Load Balancer | • None (**NONE**)<br>• Client IP (**CLIENT_IP**)<br>• Generated cookie (**GENERATED_COOKIE**)<br>• Header field (**HEADER_FIELD**)<br>• HTTP cookie (**HTTP_COOKIE**)<br>• Stateful cookie-based affinity (**STRONG_COOKIE_AFFINITY**) |

Also note:

- The effective default value of the load balancing locality policy (**localityLbPolicy**) changes according to your session affinity settings. If session affinity is not configured—that is, if session affinity remains at the default value of **NONE**—then the default value for **localityLbPolicy** is **ROUND_ROBIN**. If session affinity is set to a value other than **NONE**, then the default value for **localityLbPolicy** is **MAGLEV**.
- For the internal Application Load Balancer, don't configure session affinity if you're using weighted traffic splitting. If you do, the weighted traffic splitting configuration takes precedence.
</td></tr>
</table>